U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 26 2013

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HUEY P. GARDNER | CIVIL ACTION NO. 12-cv-1917 |
| VERSUS | JUDGE STAGG |
| CADDO PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Injunctive Relief be denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 26th day of February, 2013.

TOM STAGG
UNITED STATES DISTRICT JUDGE