U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 1 1 2014

TONY R. MO_____ CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HUEY P. GARDNER | CIVIL ACTION NO. 12-cv-1917 |
| VERSUS | JUDGE STAGG |
| CADDO PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that summary judgment is **granted** and all claims in Plaintiff's complaint are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ___11___ day of ___March___, 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE